UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　CASE NO. 98-100-CR-DIMITROULEAS
　　　　　　　　　　　　　　　　　　　　11th Circuit Case No. 99-4265-F
　　　Plaintiff,

vs.

JESUS PEREZ,

　　　Defendant.
_____/

Unsealed 4/20/10

FILED by _____ D.C.
SEP 17 1999
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. FLA. - MIAMI

## ORDER

THIS CAUSE having been remanded to this court on July 9, 1999 [DE-97], and the order of remand having been transmitted by the clerk to this court on July 21, 1999, and the court having been directed to conduct an _in camera_ evidentiary hearing to determine whether Jesus Perez is indigent and financially unable to retain counsel for appeal, and the court, having referred this matter to Chief Magistrate Judge Lurana Snow to conduct an evidentiary hearing and report findings of fact and conclusions of law with a transcript of the _in camera_ hearing to this court for consideration and/or adoption before this court reports to the Eleventh Circuit Court of Appeals. [DE-98] and the Magistrate Judge having filed a Sealed Report and Recommendation, along with a transcript, the court hereby adopts the Chief Magistrate's Report and Recommendation and forwards same along the transcript to the Eleventh Circuit Court of Appeals.

　　　DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 17 day of September, 1999.

　　　　　　　　　　　　　　　　　　　　　　　/s/ WILLIAM P. DIMITROULEAS

United States District Judge


Copies furnished to:

Jesus Perez, #50708-004
FPC - Maxwell AFB
Montgomery, Alabama 36112

Jay A. White, Esquire
1 N.E. Second Avenue
Miami, FL 33132-2111

Michael Tien, AUSA